```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>LUIS ANGEL DELGADO RAMOS<br><br>DEBTOR (S) | CASE NO. 22-03321-ESL<br><br>CHAPTER 13 |

                       NOTICE OF CONTINUANCE OF
                       341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

   The section 341 meeting of creditors scheduled for

Wed Dec 21, 2022 at 11:20 am has been continued to

Wed Dec 21, 2022 at 11:20 am and the same will be conducted via Telephone/Video conference using Google Meet Platform. You can access the meeting:

**By Computer** - Please access the addres: https://meet.google.com and enter the Access Code: kzp-qefd-mwj

**By IPhone / IPAD or Android using Google Meet Application** - Please Access your application and enter the Access Code: kzp-qefd-mwj

**By Phone Please Dial: +1 787-333-6333**, Access Code: 4247094969197

IMPORTANT: You must call in at the exact date and time slot scheduled for your 341 meeting. Time slots are being notified in 15-minute increments. Do not call in advance of the specific time slot for the case.

In San Juan, Puerto Rico this, Monday, November 21, 2022.

   I CERTIFY that on this same date I have mailed a true copy of

this notice to debtor, debtor's attorney and all parties in interest

as per master address list.

                              /s/ Jose R. Carrion
                              Office of Jose R. Carrion
                              Chapter 13 Trustee
                              PO Box 9023884, Old San Juan Station
                              San Juan, PR  00902-3884
                              Tel. (787) 977-3535 / Fax. (787) 977-3551

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

DATED: November 21, 2022

JAVIER TORRES
OFFICE OF THE CHAPTER 13 TRUSTEE