```
                UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>LUIS ANGEL DELGADO RAMOS<br><br>DEBTOR (S) | CASE NO. 22-03321-ESL<br><br>CHAPTER 13 |

                    NOTICE OF CONTINUANCE OF
                    341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

     The section 341 meeting of creditors scheduled for

Wed Dec 21, 2022 at 11:20 am has been continued to

Wed Dec 21, 2022 at 11:20 am and the same will be conducted via Telephone/Video conference using Google Meet Platform.  You can access the meeting:

**By Computer** - Please access the addres: https://meet.google.com and enter the Access Code: kzp-qefd-mwj

**By IPhone / IPAD or Android using Google Meet Application** - Please Access your application  and  enter the Access Code: kzp-qefd-mwj

**By Phone Please Dial: +1 787-333-6333**, Access Code: 4247094969197

IMPORTANT: You must call in at the exact date and time slot scheduled for your 341 meeting. Time slots are being notified in 15-minute   increments. Do not call in advance of the specific time slot for the case.

In San Juan, Puerto Rico this, Wednesday, November 30, 2022.

   I CERTIFY that on this same date I have mailed a true copy of

this notice to debtor, debtor's attorney and all parties in interest

as per master address list.

                         /s/ Jose R. Carrion
                         Office of Jose R. Carrion
                         Chapter 13 Trustee
                         PO Box 9023884, Old San Juan Station
                         San Juan, PR  00902-3884
                         Tel. (787) 977-3535 / Fax. (787) 977-3551

| | |
|---|---|
| 22-03321-ESL | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 | BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR  00936-2708 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR  00726-0186 | LUMA ENERGY<br>PO BOX 364267<br>SAN JUAN, PR  00936 |
| LUIS ANGEL DELGADO RAMOS<br>PO BOX 1405<br>JUNCOS, PR  00777 | RUSHMORE LOAN MGMT SER<br>BANKRUPTCY<br>PO BOX 52708<br>IRVINE,, CA  92619-2708 |
| BANCO POPULAR DE PUERTO RICO<br>C/O JUAN C FORTUNO FAS<br>PO BOX 3908<br>GUAYNABO, PR  00970 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS,, PR  00726-0186 |
| RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 11907<br>SAN JUAN, PR  00922 | |

DATED: November 30, 2022

CAROLINE MARTINEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

|  |  |
|---|---|
| IN RE:<br>LUIS ANGEL DELGADO RAMOS<br><br>DEBTOR (S) | CASE NO. 22-03321-ESL<br><br>CHAPTER 13 |

```
                       NOTICE OF CONTINUANCE OF
                       341 MEETING OF CREDITORS
```

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for

Wed Dec 21, 2022 at 11:20 am has been continued to

Wed Dec 21, 2022 at 11:20 am and the same will be conducted via Telephone/Video conference using Google Meet Platform. You can access the meeting:

**By Computer** - Please access the addres: https://meet.google.com and enter the Access Code: dbc-gctd-cii

**By IPhone / IPAD or Android using Google Meet Application** - Please Access your application and enter the Access Code: dbc-gctd-cii

**By Phone Please Dial: +1 787-333-6333**, Access Code: 9688580967801

IMPORTANT: You must call in at the exact date and time slot scheduled for your 341 meeting. Time slots are being notified in 15-minute increments. Do not call in advance of the specific time slot for the case.

In San Juan, Puerto Rico this, Wednesday, November 30, 2022.

I CERTIFY that on this same date I have mailed a true copy of

this notice to debtor, debtor's attorney and all parties in interest

as per master address list.

```
                              /s/ Jose R. Carrion
                              Office of Jose R. Carrion
                              Chapter 13 Trustee
                              PO Box 9023884, Old San Juan Station
                              San Juan, PR  00902-3884
                              Tel. (787) 977-3535 / Fax. (787) 977-3551
```

| 22-03321-ESL | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 | BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR  00936-2708 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR  00726-0186 | LUMA ENERGY<br>PO BOX 364267<br>SAN JUAN, PR  00936 |
| LUIS ANGEL DELGADO RAMOS<br>PO BOX 1405<br>JUNCOS, PR  00777 | RUSHMORE LOAN MGMT SER<br>BANKRUPTCY<br>PO BOX 52708<br>IRVINE,, CA  92619-2708 |
| BANCO POPULAR DE PUERTO RICO<br>C/O JUAN C FORTUNO FAS<br>PO BOX 3908<br>GUAYNABO, PR  00970 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS,, PR  00726-0186 |
| RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 11907<br>SAN JUAN, PR  00922 | |

DATED: November 30, 2022

CAROLINE MARTINEZ
OFFICE OF THE CHAPTER 13 TRUSTEE