IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>LUIS ANGEL DELGADO RAMOS<br><br>Debtor | CASE NO. 22-03321(ESL)<br><br>CHAPTER 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, ORDERS, PLEADINGS AND DOCUMENTS**

**TO THE HONORABLE COURT:**

By counsel, creditor herein very respectfully represents and prays as follows:

The undersigned attorney enters his appearance in this case on behalf of **EMI EQUITY MORTGAGE, INC. as servicer for FORTALEZA EQUITY PARTNERS I, L.L.C.** and requests that all pleadings, orders, notices, and other documents filed and entered in this case or any proceedings therein be served to the undersigned.

**CERTIFICATE OF SERVICE:** This document was filed with the U.S. Bankruptcy Court for the District of Puerto Rico using the CM/ECF filing system, which will send a copy of this motion to all registered parties including to: **Roberto Figueroa - Carrasquillo, Esq.**, Counsel for Debtor, to the **U.S. Trustee Office and to, José R. Carrión - Morales, Esq., Chapter 13 Trustee**. A copy of this document was also sent by First Class Mail to **Luis Angel Delgado - Ramos,** Debtor, P.O. Box 1405, Juncos, Puerto Rico 00777.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico on this 6th day of December 2022.

# LUIS M. SUAREZ LOZADA
# LAW OFFICES
Counsel for EMI EQUITY MORTGAGE, INC.
as servicer for FORTALEZA EQUITY PARTNERS I, L.L.C.
35 Juan C. Borbón Street, STE 67-113
Guaynabo, Puerto Rico 00969-5375
Phone:(787)296-4299
e-mail: suarez@caribe.net
**/S/Luis M. Suárez Lozada**
USDC-PR 209712