**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**LUIS ANGEL DELGADO RAMOS**<br>**aka LUIS A DELGADO**<br><br>**xxx–xx–3214**<br><br>Debtor(s) | Case No. **22–03321 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 1/9/23 |

***ORDER***

The motion filed by Debtor requesting extension of time of 28 days to reply to objection to confirmation (docket #18) is hereby granted.

IT SO ORDERED.

In San Juan, Puerto Rico, this Monday, January 9, 2023 .

Enrique S. Lamoutte
United States Bankruptcy Judge