**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br><br>**LUIS ANGEL DELGADO RAMOS** <br>**aka LUIS A DELGADO** <br><br>xxx–xx–3214 <br><br>Debtor(s) | Case No. **22–03321 ESL** <br><br>Chapter **13** <br><br>FILED & ENTERED ON 2/13/23 |

*ORDER*

Debtor's objection to claim #1 filed by Firstbank (docket entry #21), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, February 13, 2023 .

Enrique S. Lamoutte
United States Bankruptcy Judge